## LOUI TAPPAN v. STATE OF FLORIDA

12 So. (2nd) 889                               January Term, 1943
April 6, 1943                                  Division A
Rehearing Denied April 23, 1943

*Marion B. Knight,* and *J. Frank Adams,* for appellant.

*J. Tom Watson,* Attorney General, and *Woodrow M. Melvin,* Assistant Attorney General, for appellee.

PER CURIAM:

This appeal is from conviction of manslaughter based on an indictment charging murder. The first question, questions the sufficiency of the evidence which we find sufficient. The second question relates to the court's refusal to charge on the law of self defense. This phase of the law was covered in the general charge.

The judgment is affirmed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.